## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,

        Plaintiff,                    Criminal No. 08-162 (RHK/RLE)

vs.                                   **ORDER**

David Leroy Rehm,

        Defendant.

---

     This matter is venued in the Sixth Division.

     All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: May 22, 2008

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge