# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 08-162 (1) (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| David Leroy Rehm, | |
| Defendant. | |

Before the Court is Defendant's Appeal from the August 11, 2008 Order of Chief Magistrate Judge Raymond L. Erickson; Judge Erickson had denied Defendant's Motion to Sever Counts.

Having reviewed the thorough and well-reasoned Order of Judge Erickson, and finding it to be neither clearly erroneous nor contrary to law, said Order (Doc. No. 55) is **AFFIRMED** and the Appeal (Doc. No. 56) is **DISMISSED**.

Dated: August 21, 2008

                                                        s/Richard H. Kyle  
                                                        RICHARD H. KYLE  
                                                        United States District Judge